UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT DEMOCRACY PROJECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE U.S. CENSUS BUREAU and THE U.S. DEPARTMENT OF COMMERCE, <br><br> Defendants. | Civil Case No. 18-1628 (RCL) |

## ORDER

The Court now considers the defendants' Unopposed Motion to Stay Proceedings in Light of Lapse in Appropriations [ECF No. 20]. Upon consideration, the motion is hereby **GRANTED**. Defendants shall notify the Court within two (2) days after Congress has appropriated funds for the Department. Within five (5) days thereafter, defendants shall consult with opposing counsel and propose a schedule for further proceedings herein.

**IT IS SO ORDERED.**

_____
Royce C. Lamberth
United States District Judge

Date: 16th of January, 2019